**DISMISS; and Opinion Filed February 18, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00838-CV

### RICHARD MCKINNEY, Appellant
### V.
### DEL-JEN, INC., NORTH TEXAS JOB CORPS CENTER,
### MARIA T. MARTIN, AND LANA KITE, Appellees

On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-04888

## MEMORANDUM OPINION
Before Justices Bridges, O'Neill, and Brown
Opinion by Justice Brown

Before the Court is appellees' motion to dismiss the appeal. Appellees contend the appeal should be dismissed for want of prosecution. Appellant did not file a response to appellees' motion.

In a letter dated July 3, 2013, the Court informed appellant that his brief was deficient and instructed him to file an amended brief correcting the deficiencies within thirty days. The Court cautioned appellant that failure to file an amended brief within the time requested may result in dismissal of the appeal without further notice. As of today's date, appellant has not filed an amended brief. Appellant did not file a response to the motion to dismiss.

Accordingly, we grant appellee's motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.3(b).


/Ada Brown/
ADA BROWN
JUSTICE


130838F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RICHARD MCKINNEY, Appellant

No. 05-13-00838-CV          V.

DEL-JEN, INC., NORTH TEXAS JOB
CORPS CENTER, MARIA T. MARTIN,
AND LANA KITE, Appellees

On Appeal from the 14th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-12-04888.
Opinion delivered by Justice Brown.
Justices Bridges and O'Neill, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, DEL-JEN, INC., NORTH TEXAS JOB CORPS CENTER, MARIA T. MARTIN, AND LANA KITE, recover their costs of this appeal from appellant, RICHARD MCKINNEY.

Judgment entered this 18th day of February, 2014.

/Ada Brown/
ADA BROWN
JUSTICE